IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PETHINAIDU VELUCHAMY**, *et al.*, ) <br> ) <br> v. ) <br> ) <br> **Plaintiff**, ) <br> ) <br> **FEDERAL DEPOSIT INSURANCE** ) <br> **CORPORATION, in its capacity as Receiver of** ) <br> **Mutual Bank, Harvey, Illinois, and in its** ) <br> **corporate capacity,** ) <br> ) <br> **Defendant.** ) | **Case No. 10-cv-00648** <br><br> **The Honorable William J. Hibbler** |

## MOTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF MUTUAL BANK TO DISMISS PLAINTIFFS' COMPLAINT

Defendant Federal Deposit Insurance Corporation, solely in its capacity as Receiver ("Receiver") of Mutual Bank of Harvey, Illinois, by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss, in its entirety, Plaintiffs' Complaint against the Receiver, with prejudice, for failure to state a claim upon which relief can be granted. In support of this motion, the Receiver incorporates by reference and relies on the Memorandum of Law of the Federal Deposit Insurance Corporation as Receiver of Mutual Bank in Support of Motion to Dismiss Plaintiffs' Complaint, filed contemporaneously herewith.

WHEREFORE, the Receiver respectfully requests that Plaintiffs' Complaint against the Receiver be dismissed in its entirety, with prejudice.

                                                                                                         Respectfully submitted

                                                                                                          **FEDERAL DEPOSIT INSURANCE CORPORATION**, solely in its capacity as Receiver of Mutual Bank, Harvey, Illinois

Date:  April 2, 2010                By:     /s/ Alan F. Curley

Alan F. Curley (6190685)
Aleeza M. Strubel (6278548)
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 663-3100 – Telephone
(312) 663-0303 – Facsimile
acurley@robinsoncurley.com
astrubel@robinsoncurley.com

Kathryn R. Norcross, Senior Counsel
John Warshawsky, Counsel
Federal Deposit Insurance Corporation
    As Receiver of Mutual Bank
Legal Division
3501 Fairfax Drive, VS-D-7120
Arlington, Virginia 22226
(703) 562-6338
knorcross@fdic.gov

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 2, 2010, he electronically filed **MOTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF MUTUAL BANK TO DISMISS PLAINTIFFS' COMPLAINT,** with the Clerk of the District Court using the CM/ECF system, which shall send notification of such filing to the following:

Diane Marie Kehl
VEDDER PRICE, P.C.
dkehl@fedderprice.com

Frederic T. Knape
VEDDER PRICE, P.C.
fknape@fedderprice.com

Chad Allen Schiefelbein
VEDDER PRICE, P.C.
cschiefelbein@vedderprice.com

AUSA
UNITED STATES ATTORNEY'S OFFICE
usailn.ecfausa@usdoj.gov

Daniel Harold Kurtenbach
FEDERAL DEPOSIT INSURANCE CORPORATION (Corporate)
dkurtenbach@fdic.gov

The following counsel will be served separately by email:

John Spencer Stevens
Federal Deposit Insurance Corporation (Corporate)
jostevens@fdic.gov

                                            /s/ Alan F. Curley